CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 23 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **CORBY RAY DILLARD,** | **CASE NO. 7:13CV00368** |
| **Petitioner,** | |
| v. | **FINAL ORDER** |
| **THE UNITED STATES OF AMERICA,** | By: Glen E. Conrad |
| | Chief United States District Judge |
| **Respondent.** | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**

without prejudice and stricken from the active docket of the court, inasmuch as petitioner's

claims are now pending in his subsequently submitted motion to vacate, set aside or correct the

sentence under 28 U.S.C. § 2255, in Case No. 4:07CR00023.

ENTER: This 23rd day of August, 2013.

Chief United States District Judge